UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ADAM SICARD,

                    Plaintiff,

v.                                          **ORDER**

KIRKLAND'S STORES, INC.,            22-CV-07180 (PMH)

                    Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff commenced this action on August 23, 2022 against Defendant Kirkland's Stores, Inc. (Doc. 1). A summons was issued for Defendant on August 24, 2022, and an affidavit of service was filed on October 24, 2022. (Doc. 5). Defendant appeared in the matter, requested additional time to answer, and was given until December 16, 2022 to do so. (Docs. 6-8). Defendant never filed an answer and is currently in default. Plaintiff, however, has not yet sought a Clerk's Certificate of Default.

      As there has been no activity on this docket since Defendant's summons was returned executed more than two months ago, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by March 15, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

                                                                          **SO-ORDERED:**

Dated: White Plains, New York
         March 1, 2023

                                                           _____
                                                           Philip M. Halpern
                                                          United States District Judge