# Ogletree Deakins

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 24.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 19, 2023

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

**VIA ECF**

The Honorable Phillip M. Halpern
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

    RE:    *Sicard v. Kirkland's Stores, Inc.*
                Case No. 7:22-cv-07180

Dear Judge Halpern:

    We represent Kirkland's Stores, Inc. ("Kirkland's" or "Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Rule 3.C. of Your Honor's Individual Practices, and for the reasons summarized below, Defendant respectfully requests that the Court stay the current deadlines in the case, including the October 20, 2023 deadline to complete fact discovery, pending the outcome of the parties' mediation of Plaintiff's claim.

    In the course of their meet and confers regarding the case, the parties have agreed to proceed to private mediation to continue to explore a potential resolution of the matter. The parties have selected Martin F. Scheinman, Esq., to serve as mediator. Mr. Scheinman is a well-known, highly-regarded mediator with extensive experience mediating cases of this type, and, accordingly, a very active practice as a neutral. In light of Mr. Scheinman's generally limited availability, however, and the challenges presented by aligning his availability with the respective schedules of the parties and attorneys who plan to attend the session, including some traveling to New York from out-of-state, the parties expect the mediation to be completed by January 12, 2024. In light of the above, and so the parties may direct their respective resources toward a potential resolution of the case, we respectfully request a stay of the current deadlines in the case pending the outcome of the parties' mediation.

    This is the parties' first request for the relief sought herein. Thank you for Your Honor's consideration of this request, and attention to this matter.

                                Respectfully submitted,

                                OGLETREE, DEAKINS, NASH,
                                 SMOAK & STEWART, P.C.

                              By /s Evan B. Citron

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

58843756.v1-OGLETREE

                                                        Evan B. Citron

cc:     All counsel of record (via ECF)